576

[No. 14809-9-II.    Division Two.    October 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVERTIS
MCALISTER, *Appellant*.

By an order of the Court of Appeals April 29, 1994, the
opinion in the above captioned case which appeared in the
advance sheets at 71 Wn. App. 576-85 has been withdrawn.
See 74 Wn. App. 1013.

THE NEXT PAGE IS NUMBERED 585.